IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CAMERON TODD, #K2611                                                      PETITIONER

V.                                                   CIVIL ACTION NO. 1:05CV143-D-D

LEPHER JENKINS; et al.                                                   RESPONDENTS

## **FINAL JUDGMENT**

On consideration of the file and records in this action, including the Report and Recommendation that the United States Magistrate Judge entered in this cause on March 8, 2006, and the objections to the Report and Recommendation submitted by the Petitioner, and the response thereto by the Respondents, the court finds that the objections shall be overruled and that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that**:**

1. The subject Report and Recommendation of the Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. the Petitioner's Petition is hereby DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 2244(d), and this case is CLOSED.

THIS, the 28th day of March 2006.

/s/ Glen H. Davidson
Chief Judge